15-40243

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9YF | 654144 | 000065 | | 0000070100 | 1 |

100-0001

# Earnings Statement

**ADP**

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER, OH 44003

Period Ending: 02/06/2015
Pay Date: 02/13/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  OH: 4

JUSTIN SCHUSTER
962 ADRIAN CIRCLE
GIRARD OH 44420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2800.00 | 80.00 | 2,800.00 | 11,200.00 |
| **Gross Pay** | | | **$2,800.00** | 11,200.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Available | | 56.48 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -233.29 | 933.16 |
| Social Security Tax | | -160.21 | 640.86 |
| Medicare Tax | | -37.47 | 149.88 |
| OH State Income Tax | | -77.77 | 311.08 |
| Andover Income Tax | | -38.76 | 155.04 |
| **Other** | | | |
| Dental | | -39.92* | 159.68 |
| Medical | | -175.95* | 703.80 |
| 401K Loan | | -96.40 | 385.60 |
| **Net Pay** | | **$1,940.23** | |
| Checking Net | | -1,940.23 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,584.13

© 2000 ADP, LLC

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER , OH 44003

Advice number: 00000070100
Pay date: 02/13/2015

Deposited to the account of
JUSTIN SCHUSTER

| account number | transit ABA | amount |
|---|---|---|
| ••••••• | xxxx xxxx | $1,940.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9YF | 854144 | 000065 | | 00000050100 | 1 |

100-0001

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER, OH 44003

# Earnings Statement

Period Ending: 01/23/2015
Pay Date: 01/30/2015

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 3
   OH: 4

JUSTIN SCHUSTER
962 ADRIAN CIRCLE
GIRARD OH 44420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2800.00 | 80.00 | 2,800.00 | 8,400.00 |
| Paid Time Off | | 2.00 | | |
| **Gross Pay** | | | **$2,800.00** | 8,400.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -233.29 | 699.87 |
| | Social Security Tax | -160.22 | 480.65 |
| | Medicare Tax | -37.47 | 112.41 |
| | OH State Income Tax | -77.77 | 233.31 |
| | Andover Income Tax | -38.76 | 116.28 |
| | **Other** | | |
| | Dental | -39.92* | 119.76 |
| | Medical | -175.95* | 527.85 |
| | 401K Loan | -96.40 | 289.20 |
| | **Net Pay** | **$1,940.22** | |
| | Checking Net | -1,940.22 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Available | | 51.86 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Mon 01/12 | PTO | | | | 2.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,584.13

© 2000 ADP, LLC

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER, OH 44003

Advice number: 00000050100
Pay date: 01/30/2015

Deposited to the account of
JUSTIN SCHUSTER

| account number | transit | ABA | amount |
|---|---|---|---|
| ▬▬▬▬▬ | xxxx | xxxx | $1,940.22 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9YF | 654144 | 000065 | | 0000030119 | 1 |

119-0001

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER, OH 44003

# Earnings Statement

Period Ending: 01/09/2015
Pay Date: 01/16/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  OH: 4

JUSTIN SCHUSTER
962 ADRIAN CIRCLE
GIRARD OH 44420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2800.00 | 80.00 | 2,800.00 | 5,600.00 |
| **Gross Pay** | | | **$2,800.00** | 5,600.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Available | | 49.24 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -233.29 | 466.58 |
| Social Security Tax | | -160.21 | 320.43 |
| Medicare Tax | | -37.47 | 74.94 |
| OH State Income Tax | | -77.77 | 155.54 |
| Andover Income Tax | | -38.76 | 77.52 |
| **Other** | | | |
| Dental | | -39.92* | 79.84 |
| Medical | | -175.95* | 351.90 |
| 401K Loan | | -96.40 | 192.80 |
| **Net Pay** | | **$1,940.23** | |
| Checking Net | | -1,940.23 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,584.13

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER , OH 44003

Advice number: 00000030119
Pay date: 01/16/2015

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUSTIN SCHUSTER | ████████ | xxxx xxxx | $1,940.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9YF | 654144 | 000065 | | 0000010101 | 1 |

101-0001

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER, OH 44003

# Earnings Statement 

Period Ending: 12/26/2014
Pay Date: 01/02/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  OH: 4

JUSTIN SCHUSTER
962 ADRIAN CIRCLE
GIRARD OH 44420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2800.00 | 80.00 | 2,800.00 | 2,800.00 |
| Gross Pay | | | $2,800.00 | 2,800.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Available | | 44.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -233.29 | 233.29 |
| | Social Security Tax | -160.22 | 160.22 |
| | Medicare Tax | -37.47 | 37.47 |
| | OH State Income Tax | -77.77 | 77.77 |
| | Andover Income Tax | -38.76 | 38.76 |
| | Other | | |
| | Dental | -39.92* | 39.92 |
| | Medical | -175.95* | 175.95 |
| | 401K Loan | -96.40 | 96.40 |
| Net Pay | | $1,940.22 | |
| | Checking Net | -1,940.22 | |
| Net Check | | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,584.13

© 2000 ADP, LLC

SEELEY ENTERPRISES
ENHANCING EACH PATIENT'S QUALITY OF LIFE
104 PARKER DRIVE
ANDOVER, OH 44003

Advice number: 00000010101
Pay date: 01/02/2015

Deposited to the account of
JUSTIN SCHUSTER

| account number | transit | ABA | amount |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | xxxx | xxxx | $1,940.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**