```
            EMPLOYEE: SCHUSTER, MICHELLE A.
           EMPLOYEE#:
   PAY PERIOD-ENDING: 01/31/2015           PRLOG:        1895
          CHECK DATE: 02/11/2015         NET PAY:         .00
   DIR. DEP. ADVICE#: 118667                DEPT:        6130
```

| TYPES OF PAY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REG | 16.00 | 11.5000 | 184.00 |
| LBNUS | | | 7.68 |
| PREM | | | 8.00 |

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| EARNINGS | 199.68 | 894.40 |
| DIRECT DEPOSIT | 180.40 | 804.23 |
| FEDERAL TAX | 0.00 | 1.04 |
| FICA TAX | 15.28 | 68.43 |
| STATE TAX | 1.00 | 7.27 |
| LOCAL TAX | 3.00 | 13.43 |

```
MICHELLE A. SCHUSTER
962 ADRIAN CIRCLE
GIRARD, OH   44420
```

```
01/22/2015                    Direct Deposit Advice
                                0001 SOV-Niles NF


            EMPLOYEE:  SCHUSTER, MICHELLE A.
            EMPLOYEE#: ▓▓▓▓
 PAY PERIOD-ENDING: 01/17/2015              PRLOG:              1893
       CHECK DATE: 01/28/2015            NET PAY:               .00
 DIR. DEP. ADVICE#: 118196                  DEPT:               6130


       TYPES OF PAY        HOURS           RATE            AMOUNT
       -----------------------------------------------------------
       REG                 16.00         11.5000            184.00
       LBNUS                                                  7.68
       PREM                                                   8.00


                        THIS PERIOD                    YEAR TO DATE
                        -------------------------------------------
       EARNINGS              199.68                          694.72
       DIRECT DEPOSIT        180.40                          623.83
       FEDERAL TAX             0.00                            1.04
       FICA TAX               15.28                           53.15
       STATE TAX               1.00                            6.27
       LOCAL TAX               3.00                           10.43









       MICHELLE A. SCHUSTER
       962 ADRIAN CIRCLE
       GIRARD, OH   44420
```

```
           EMPLOYEE: SCHUSTER, MICHELLE A.
          EMPLOYEE#:                          SOC.SEC.#:
PAY PERIOD-ENDING: 01/03/2015                 PRLOG:         1891
       CHECK DATE: 01/14/2015                 NET PAY:        .00
DIR. DEP. ADVICE#: 117719                     DEPT:          6130


   TYPES OF PAY        HOURS          RATE           AMOUNT
   ------------------------------------------------------------
   HOL                  8.00        11.5000           92.00
   REG                 32.00        11.5000          368.00
   LBNUS                                               19.04
   PREM                                                16.00


                      THIS PERIOD                YEAR TO DATE
                   ------------------------------------------------
   EARNINGS              495.04                     495.04
   DIRECT DEPOSIT        443.43                     443.43
   FEDERAL TAX             1.04                       1.04
   FICA TAX               37.87                      37.87
   STATE TAX               5.27                       5.27
   LOCAL TAX               7.43                       7.43
```

MICHELLE A. SCHUSTER
962 ADRIAN CIRCLE
GIRARD, OH    44420