```
                        United States Bankruptcy Court
                          Northern District of Ohio

In re:                                              Case No. 15-40243-kw
Justin William Schuster                             Chapter 7
Michelle Ann Schuster
       Debtors              CERTIFICATE OF NOTICE

District/off: 0647-4        User: admin        Page 1 of 2          Date Rcvd: Jun 19, 2015
                            Form ID: 234a       Total Noticed: 61
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2015.

```
db/db        +Justin William Schuster,  Michelle Ann Schuster,  962 Adrian Circle,  Girard, OH 44420-2134
23508831      Associates in Anesthesiology,  PO Box 715496,  Columbus, OH 43271-5496
23508832     +Associates in Anesthesiology c/o,  Fidelity National Collections,
              Div. Fidelity Properties, Inc.,  220 E. Main St., PO Box 2055,  Alliance, OH 44601-0055
23508835      Best Buy Credit Services (Citibank),  PO Box 183195,  Columbus, OH 43218-3195
23508839      Carecredit / Synchrony Bank c/o,  Encore Receivable Management, Inc.,  400 N. Rogers Rd.,
              PO Box 3330,  Olathe, KS 66063-3330
23508840     +Chase Bank USA c/o,  MRS Associates,  1930 Olney Ave.,  Cherry Hill, NJ 08003-2016
23508842      Churchill Counseling Services c/o,  CBCS,  PO Box 164059,  Columbus, OH 43216-4059
23508844     +Citi Cards c/o,  Northland Group Inc.,  PO Box 390905,  Minneapolis, MN 55439-0905
23508845     +Citibank, N.A. (Home Depot) c/o,  Northland Group, Inc.,  PO Box 390905,
              Minneapolis, MN 55439-0905
23508846     +Citibank, N.A. c/o,  Northland Group Inc.,  PO Box 390905,  Minneapolis, MN 55439-0905
23508847      Citibank, NA (Home Depot Credit Service),  PO Box 182676,  Columbus, OH 43218-2676
23508848     +Cititbank, N.A. - Citi Visa c/o,  Client Services, Inc.,  3451 Harry S. Truman Blvd.,
              Saint Charles, MO 63301-9816
23508849      City of Warren, Ohio Utility Services,  580 Laird Ave. SE, PO Box 670,  Warren, OH 44482-0670
23508860      DOMINION EAST OHIO,  P.O. Box 26785,  Richmond, VA 23261-6785
23508850     +Dental Associates of Newton Falls,  2000 Milton Blvd.,  Newton Falls, OH 44444-8703
23508851     +Dental Associates of Newton Falls c/o,  Richard J. Kaplow, Esq.,  808 Rockefeller Building,
              614 Superior Ave. N.W.,  Cleveland, OH 44113-1334
23508852     +Dental Associates of Newton Falls c/o,  First Federal Credit Control,
              24700 Chagrin Blvd, Ste 205,  Beachwood, OH 44122-5662
23508853     +Dermatology Centre of NEO, LLC,  960 Windham Court, Suite 2,  Youngstown, OH 44512-5087
23508854      Dermatology Centre of NEO, LLC c/o,  First Federal Credit Control, Inc.,
              24700 Chagrin Blvd,  Ste 205,  Beachwood, OH 44122-5662
23508856      Discover Bank c/o,  Capital Management Services, LP,  698 1/2 South Odgen Street,
              Buffalo, NY 14206-2317
23508857     +Discover Bank c/o,  Roger R. Bauer, Esq.,  244 Seneca Avenue,  Warren, OH 44481-1228
23508858     +Discover Bank c/o,  FMA Alliance, Ltd.,  PO Box 65,  Houston, TX 77001-0065
23508859     +Dominion East,  1201 E. 55th St.,  Cleveland, OH 44103-1028
23508861     +Dominion East Ohio c/o,  Revenue Group,  4780 Hinckley Industrial Parkway,  Suite 200,
              Cleveland, OH 44109-6003
23566569     +FNB Consumer Discount Company,  41-A Hadley Road,  Greenville PA 16125-1239
23508862     +FNB Consumer Discount Company,  41A Hadley Rd.,  PO Box 152,  Greenville, PA 16125-0152
23508863     +Freedom Mortgage Corporation c/o,  Reisenfeld & Associates, L.P.A. L.L.C.,  Attorneys at Law,
              3962 Red Bank Road,  Cincinnati, OH 45227-3408
23620905     +Gregory V. Hicks, Law Director,  on behalf of The City of Warren,  391 Mahoning Avenue,NW,
              Warren, OH 44483-4604
23508866      NTB Tire & Service Centers (Credit Plan),  PO Box 183015,  Columbus, OH 43218-3015
23508864      Nationstar Mortgage,  PO Box 60516,  City of Industry, CA 91716-0516
23508865      Nationstar Mortgage LLC c/o,  LOANCARE,  PO Box 8068,  Virginia Beach, VA 23450-8068
23508867      Pulmonary Rehabilitation Associates,  Alan J. Cropp, M.D.,  PO Box 14130,
              Youngstown, OH 44514-7130
23508868     +Pulmonary Rehabilitation Associates c/o,  Collection Service Bureau,  PO Box 3215,
              Youngstown, OH 44513-3215
23508869     +Richard Ragozine, DDS,  28 East Main Street,  Girard, OH 44420-2601
23508870     +Richard Ragozine, DDS c/o,  Fidelity Properties Inc.,  220 E. Main Street,
              Alliance, OH 44601-2423
23508871     +St Joseph Health Center,  667 Eastland Avenue SE,  Warren, OH 44484-4531
23508872     +St Joseph Health Center (Andover- ER),  667 Eastland Avenue SE,  Warren, OH 44484-4531
23508873     +St Joseph Health Center (Andover-ER) c/o,  Revenue Group,  4780 Hinckley Industrial Parkway,
              Suite 200,  Cleveland, OH 44109-6003
23508875      St Joseph Health Center/ Urgent Care,  PO Box 630826,  Cincinnati, OH 45263-0826
23508876      St. Joseph Health Center,  PO Box 630826,  Cincinnati, OH 45263-0826
23508880     +St. Joseph Health Center c/o,  Revenue Cycle Solutions, Inc. (RCS),  PO Box 7229,
              Westchester, IL 60154-7229
23508881     +St. Joseph Heath Center,  667 Eastland Avenue SE,  Warren, OH 44484-4531
23508882     +St. Joseph Heath Center (Urgent Care),  667 Eastland Avenue SE,  Warren, OH 44484-4503
23508883     +St. Joseph Heath Center c/o,  Revenue Group,  4780 Hinckley Industrial Parkway,  Suite 200,
              Cleveland, OH 44109-6003
23508884      The Kidney Group, Inc.,  PO Box 6042,  Hermitage, PA 16148-1042
23508885     +Tru Green,  8529 South Ave.,  Youngstown, OH 44514-3621
23508887     +Trumbull Radiologists Inc. c/o,  Fidelity Properties Inc.,  220 E. Main Street,
              Alliance, OH 44601-2423
23508890      Warren City Income Tax,  PO Box 230,  Warren, OH 44482-0230
23508892      Youngstown Ohio Laboratory Service,  PO Box 1113,  Youngstown, OH 44501-1113
23508893     +Youngstown Ohio Laboratory Service c/o,  Professional Account Services, Inc.,
              7100 Commerce Way, Suite 100,  Brentwood, TN 37027-6935
23508894      Youngstown Ohio Physicians Services c/o,  Payment America Systems,  PO Box 24850,
              Nashville, TN 37202-4850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23508833       +E-mail/Text: bankruptcy@bbandt.com Jun 19 2015 22:09:41     BB&T,   PO Box 2027,
                 Greenville, SC 29602-2027
23508843        EDI: CITICORP.COM Jun 19 2015 21:53:00     Citi Cards,   PO Box 183113,
                 Columbus, OH 43218-3113
23508836        EDI: CAPITALONE.COM Jun 19 2015 21:53:00     Capital One,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
23508837        EDI: CAPITALONE.COM Jun 19 2015 21:53:00     Capital One Bank,   PO Box 6492,
                 Carol Stream, IL 60197-6492
23508838        EDI: RMSC.COM Jun 19 2015 21:53:00     Carecredit / Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
23508841        EDI: CHASE.COM Jun 19 2015 21:53:00     Chase Cardmember Service (Disney),   PO Box 15153,
                 Wilmington, DE 19886-5153
23508855        EDI: DISCOVER.COM Jun 19 2015 21:53:00     Discover,   PO Box 6103,
                 Carol Stream, IL 60197-6103
23508888        E-mail/Text: saparker@zotecmmp.com Jun 19 2015 22:10:14     Trumbull Radiologists, Inc.,
                 2588 Elm Road NE,   Cortland, OH 44410-9298
23508889        EDI: USBANKARS.COM Jun 19 2015 21:53:00     US Bank,   PO Box 790408,
                 Saint Louis, MO 63179-0408
23508891       +EDI: WFFC.COM Jun 19 2015 21:53:00     Wells Fargo Dealer Services,   PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                      TOTAL: 10


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23508877*      +ST. JOSEPH HEALTH CENTER,   667 Eastland Avenue SE,   Warren, OH 44484-4531
23508878*      +St. Joseph Health Center,   P.O. Box 630826,   Cincinnati, OH 45263-0826
23508879*      +St. Joseph Health Center c/o,   Revenue Group,   3700 Park East Dr. Suite 240,
                 Beachwood, OH 44122-4339
23508834       ##+Bel Park Anesthesia Assoc.,   P.O. Box 2165,   Youngstown, OH 44504-0165
23508874       ##+St Joseph Health Center c/o,   Revenue Group,   3700 Park East Dr.,   Suite 240,
                 Beachwood, OH 44122-4339
23508886       ##+Tru Green c/o,   Transworld Systems,   PO Box 12103,   Trenton, NJ 08650-2103
                                                                            TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2015 at the address(es) listed below:
        Melissa M. Macejko    on behalf of Debtor Justin William Schuster mmacejko@suharlaw.com,
         melissamacejko@sbcglobal.net
        Melissa M. Macejko    on behalf of Debtor Michelle Ann Schuster mmacejko@suharlaw.com,
         melissamacejko@sbcglobal.net
        Michael D Buzulencia    on behalf of Trustee Michael D Buzulencia
         buzulenciatrustee@mahoningvalleylaw.com,  OH37@ecfcbis.com
        Michael D Buzulencia    buzulenciatrustee@mahoningvalleylaw.com,  OH37@ecfcbis.com
                                                                              TOTAL: 4
```

Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**In re:**
   Justin William Schuster                                  **Case No.:** 15−40243−kw
   Michelle Ann Schuster
   aka Michelle A. Booth− Schuster−                       **Chapter:** 7

**Address:**
   962 Adrian Circle
   Girard, OH 44420

**Last four digits of Social Security No.:**
   xxx−xx−9707
   xxx−xx−8621

**DISCHARGE OF DEBTOR
IN A CHAPTER 7 CASE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge

under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** June 19, 2015                      /s/ Kay Woods
Form ohnb234                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**